# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

December 15, 2008

*Before*

DANIEL A. MANION, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| 520 SOUTH MICHIGAN AVENUE ASSOCIATES, LTD., doing business as THE CONGRESS PLAZA HOTEL & CONVENTION CENTER,<br>          Plaintiff-Appellant,<br><br>No. 07-3377                    v.<br><br>CATHERINE SHANNON, Director of the Illinois Department of Labor,<br>          Defendant-Appellee,<br>    and,<br><br>UNITE HERE LOCAL 1,<br>          Intervenor-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 06 C 4552<br>]<br>] Joan Humphrey Lefkow,<br>]      Judge.<br>]<br>]<br>]<br>]<br>] |

The opinion issued on December 15, 2008, in the above-entitled case is **AMENDED** as to the spelling of the district court judge's name.  The name should be reflected as Joan **Humphrey** Lefkow, Judge.